IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-166-4BR
NO. 5:15-CR-184-2FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | FILED IN OPEN COURT |
| ) | ON 9-26-16 KM |
| v. ) | Julie Richards Johnston, Clerk |
| ) | US District Court |
| JUDSON HUGH DEBNAM ) | Eastern District of NC |

### PRELIMINARY ORDER AND JUDGMENT OF FORFEITURE

WHEREAS, pursuant to the entry of the Memorandum of Plea Agreement entered into by the defendant, Judson Hugh Debnam, on November 2, 2015, the Consent to Forfeiture on _____, 2016, and further evidence of record and as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982, to wit:

Funds in Wells Fargo bank account #3000195353290;

Funds in Wells Fargo bank account #1000004238806;

Funds in BB&T bank account #0005591135432;

Funds in BB&T bank account #0005102492457;

The residence and property at 202 Natalie Drive, Raleigh, North Carolina 27603, as more fully identified by deed in Johnston County book 2135, page 506, plat book 56, page 5, and bearing the legal description L154 WAVERLY PNT 56/1-6 1616;

1

2013 Chevrolet Camaro, VIN: 2G1FL1EP9D9806792;

2015 Harley Davidson motorcycle, VIN: 1HD1KRM12FB673700;

2014 Honda Accord, VIN: 1HGCR3F91EA024482;

2014 GMC Sierra, VIN: 3GTU2WEG346926;

2013 BMW 750i, VIN: WBAYE8C56DD131858;

1999 Lexus ES300, VIN: JT8BF28G7X5067369;

Delton DTI-15 AR-15 rifle, serial number S017206;

MagTec 12 gauge shotgun, serial number 120188;

Taurus Judge .44 magnum revolver, serial number A0466588;

Springfield XD40 handgun, serial number US186284;

Taurus .38 caliber revolver, serial number PD61259;

Guardian .32 ACP caliber pistol, serial number AF03121; and

$10,000.00 in U.S. currency, an amount not currently in the possession of or its whereabouts known to the Government;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement and the Consent to Forfeiture the United States is now entitled to possession of said property, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982, as allowed by Fed. R. Crim. P. 32.2(c)(2);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant, Judson Hugh Debnam, the United States is hereby AUTHORIZED to seize the above-stated property and currency, and it is hereby forfeited to the United States for disposition in

2

accordance with the law, including destruction, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In addition, JUDGMENT is entered for the amount of the gross proceeds, that is, $10,000.00, as allowed by Fed. R. Crim. P. 32.2(b)(2)(A). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order and Judgment is final as to the defendant upon entry.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order and Judgment of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. With regard to the real and personal property, pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General, the United States Department of Treasury, or the Director of the U. S. Department of Homeland Security directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30

days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c).

SO ORDERED. This 16 day of Sept., 2016.

_____
W. EARL BRITT
Senior United States District Judge

4

Case 5:15-cr-00166-BR   Document 319   Filed 09/26/16   Page 4 of 4